George RISCALLA and Marjorie A.
Riscalla, Petitioners,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.

No. 21120.

United States Court of Appeals
Fifth Circuit.

Nov. 9, 1964.

Hugh F. Culverhouse, James E. Miller,
Jacksonville, Fla., for petitioners.

Louis F. Oberdorfer, Asst. Atty. Gen.,
Carolyn R. Just, Lee A. Jackson, Dept.
of Justice, R. P. Hertzog, Acting Chief
Counsel, IRS, Glen E. Hardy, Robert N.
Anderson, Dept. of Justice, Washington,
D. C., for respondent.

Before TUTTLE, Chief Judge, and
JONES and GEWIN, Circuit Judges.

PER CURIAM:

° The Tax Court held that a per diem
allowance to the appellant taxpayer was
taxable income. It was also held that
proof was insufficient to sustain a deduc-
tion for jobsite transportation expense.
The Tax Court's determination was cor-
rect on both issues. Its decision is

Affirmed.

Grace KING, Appellant,

v.

SECRETARY OF HEALTH, EDUCA-
TION AND WELFARE OF the UNIT-
ED STATES of America, Appellee.

No. 191, Docket 28973.

United States Court of Appeals
Second Circuit.

Argued Oct. 30, 1964.

Decided Nov. 16, 1964.

Austin E. Titus, Jr., Brooklyn, N. Y.,
for appellant.

Barry M. Bloom, Asst. U. S. Atty.
(Joseph P. Hoey, U. S. Atty., Eastern
District of New York, on the brief), for
appellee.

Before LUMBARD, Chief Judge, and
HAYS and MARSHALL, Circuit Judges.

PER CURIAM:

We affirm the judgment of the District
Court for the Eastern District of New
York for the reasons stated in the opin-
ion of Judge Rayfiel reported at 224 F.
Supp. 846 (1964).